UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ENRIQUE AYALA-CANJURA

Plaintiff(s),

v.

EAST PALO ALTO CITY OF ET AL

Defendant(s).
___________________________________/

CASE NO. C 08 01714 SBA

NOTICE OF NEED FOR ADR PHONE CONFERENCE

Counsel report that they have met and conferred regarding ADR and that they:

✓ have not yet reached an agreement to an ADR process

request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference 07/02/08

The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | E-Mail Address |
|---|---|---|---|
| Stephen Shaiken | Plaintiff | 415 248 1012 | shaiken1@comcast.net |
| Patrick Co | Defedants | 650 989 5400 | pco@clappmoroney.com |
| | | | |
| | | | |

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*

Dated: 06/11/08

s/sshaiken
Attorney for Plaintiff

Dated:____________

did not return phone calls
Attorney for Defendant

Rev 12.05

When filing this document in ECF, please be sure to use the ADR Docket Event entitled "Notice of Need for ADR Phone Conference (ADR L.R. 3-5 d)."

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ENRIQUE AYALA-CANJURA

Plaintiff(s),

v.

EAST PALO ALTO CITY OF ET AL

Defendant(s).
_______________________________/

CASE NO. C 08 01714 SBA

NOTICE OF NEED FOR ADR PHONE CONFERENCE

Counsel report that they have met and conferred regarding ADR and that they:

✓ have not yet reached an agreement to an ADR process

request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference 07/02/08

The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | E-Mail Address |
| --- | --- | --- | --- |
| Stephen Shaiken | Plaintiff | 415 248 1012 | shaiken1@comcast.net |
| Patrick Co | Defedants | 650 989 5400 | pco@clappmoroney.com |

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit* (adr@cand.uscourts.gov) *will notify you of the date and time of your phone conference.*

Dated: 06/11/08

s/sshaiken
Attorney for Plaintiff

Dated: ____________

did not return phone calls
Attorney for Defendant

Rev 12.05

When filing this document in ECF, please be sure to use the ADR Docket Event entitled "Notice of Need for ADR Phone Conference (ADR L.R. 3-5 d)."