NORTHERN DISTRICT OF CALIFORNIA

ENRIQUE AYALA-CANJURA

                          CASE NO. C 08 01714 SBA

        Plaintiff(s),

    v.                                NOTICE OF NEED FOR ADR PHONE CONFERENCE

EAST PALO ALTO CITY OF ET AL

        Defendant(s).
_____/

Counsel report that they have met and conferred regarding ADR and that they:

✓    have not yet reached an agreement to an ADR process
     request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference 07/02/08

The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | E-Mail Address |
|---|---|---|---|
| Stephen Shaiken | Plaintiff | 415 248 1012 | shaiken1@comcast.net |
| Patrick Co | Defedants | 650 989 5400 | pco@clappmoroney.com |

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*

Dated: 06/11/08                                   s/sshaiken
                                                       Attorney for Plaintiff

Dated: 6/12/08                             s/ P Co
                                                       ~~did not return phone calls~~
                                                       Attorney for Defendant

Rev 12.05

> When filing this document in ECF, please be sure to use the ADR Docket Event entitled "Notice of Need for ADR Phone Conference (ADR L.R. 3-5 d)."

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

***ENRIQUE AYALA-CANJURA v. CITY OF EAST PALO ALTO, et al.***
Unites States District Court, Northern District of California Case C08-01714 SBA

**PROOF OF SERVICE**

    I, the undersigned, hereby declare that I am over the age of eighteen years and not a party to the within action. My business address is 1111 Bayhill Drive, Suite 300, San Bruno, CA 94066. On the date indicated below, I served the within:

**NOTICE OF NEED FOR ADR PHONE CONFERENCE**

on the parties in this action by transmitting a true copy of the foregoing document(s) in the following manner:

| | |
|---|---|
| Stephen Shaiken, Esq.<br>Law Offices of Stephen Shaiken<br>170 Columbus Avenue, Suite 100<br>San Francisco, CA 94133-5102<br>Tel: (415) 248-1012<br>Fax: (415) 248-0019<br>***Attys for Plaintiff ENRIQUE AYALA-CANJURA*** | |

☐ (BY UNITED STATED MAIL) I enclosed the documents in a sealed envelope or package addressed to the persons at the address listed above and (specify one).

(1) ☐ deposited the seal envelope with the United States Postal Service, with the postage fully pre-paid.

(2) ☐ placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collection and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

☐ (BY PERSONAL SERVICE) I personally delivered the documents to the persons at the addresses as set forth above. (1) For a party represented by an attorney, delivery was made to the attorney or at the attorney's office by leaving the documents in an envelope or package clearly labeled to identify the attorney being served with a receptionist or an individual in charge of the office. (2) for a party, delivery was made to the party or by leaving the documents at the party's residence with some person not less than 18 years of age between the hours of eight in the morning and six in the evening.

☐ (BY FAX TRANSMISSION) Based on an agreement of the parties to accept service by fax transmission, I faxed the documents to the persons at the fax numbers set forth above. No error was reported by the fax machine that I used. A copy of the record of transmission, which I printed out, is attached.

☐ (BY OVERNIGHT DELIVERY) I enclosed the documents in an envelope or package provided by an overnight delivery carrier and addressed to the persons set forth above. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

☒ (BY E-MAIL OR ELECTRONIC TRANSMISSION) Based on a Court order or an

1  agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the e-mail addressed as noted above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☐ (BY MESSENGER SERVICE) I served the documents by placing then in an envelope or package addressed to the persons at the addresses as noted above and providing them to a professional messenger service for service. *(A declaration by the messenger must accompany this Proof of Service or be contained in the Declaration of Messenger below.)*

Executed on June 12, 2008 at San Bruno, California. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

*/s/ Claudia Gomez*

G:\Data\DOCS\0160\03965\POS