Stephen Shaiken, Esq. (Bar No. 90915)
LAW OFFICES OF STEPHEN SHAIKEN
170 Columbus Avenue, Suite 100
San Francisco, CA 94133
Telephone: (415) 248-1012
Fax: (415) 248-0019

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND

| | |
|---|---|
| ENRIQUE AYALA-CANJURA ) | **NO: C 08 01714 SBA** |
| ) | |
| Plaintiff, ) | **CERTIFICATION REQUIRED PURSUANT** |
| v ) | **TO CIVIL LOCAL RULE 3-16** |
| CITY OF EAST PALO ALTO, et al ) | |
| Defendants ) | |
| ) | |

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated June 19  2008

                                              Respectfully submitted.

                                        THE LAW OFFICES OF STEPHEN SHAIKEN

                              By:    s.sshaiken

                                        Stephen Shaiken, Attorney for Plaintiff