# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Ayala-Canjura,<br><br>             Plaintiff(s),<br><br>    v.<br><br>City of East Palo Alto,<br><br>             Defendant(s). | 08-01714 SBA ENE<br><br>**Notice of Appointment of Evaluator** |

TO COUNSEL OF RECORD:

The court notifies the parties and counsel that the Evaluator assigned to this case is:

> **Edwin J. Wilson Jr.**
> Wendel, Rosen, Black & Dean LLP
> 1111 Broadway, 24th Fl.
> Oakland, CA 94607
> 510-834-6600

Counsel shall familiarize themselves with the requirements of ADR L.R. 5 which governs the ENE program. The evaluator will schedule a joint phone conference with counsel under ADR L.R. 5-7 and will set the date of the ENE session within the deadlines set by ADR L.R. 5-5 or the court order referring this action to ENE. The court permits the evaluator to charge each party its pro rata share of the cost of the phone conference.

**Notice of Appointment of Evaluator**
08-01714 SBA ENE                                                          - 1 -

1  Counsel are reminded that the written ENE statements required by the ADR L.R.
2  5-8 shall NOT be filed with the court.

4  Dated: July 7, 2008

```
                                    RICHARD W. WIEKING
                                    Clerk
                                    by:    Alice M. Fiel


                                    _____
                                    ADR Case Administrator
                                    415-522-3148
                                    Alice_Fiel@cand.uscourts.gov
```

**Notice of Appointment of Evaluator**
08-01714 SBA ENE                - 2 -