UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL CASE MANAGEMENT CONFERENCE MINUTES

**Date:** 7/9/08

C-08-01714 SBA           JUDGE: SAUNDRA BROWN ARMSTRONG

**Title:** ENRIQUE AYALA-CANJURA vs. EAST PALO ALTO CITY OF

**Atty.:** STEVE SHAIKEN          PATRICK CO

**Deputy Clerk:** Lisa R. Clark          **Court Reporter:** N/R

**PROCEEDINGS**
Plt   DFT
( )   ( ) 1. TELEPHONE CASE MANAGEMENT CONFERENCE - HELD
( )   ( ) 2.
( )   ( ) 3.
( )   ( ) 4.
( ) Motion(s)   ( ) Granted   ( ) Denied   ( ) Off Calendar
            ( ) Granted/Part   ( ) Denied/Part   ( ) Submitted
( ) Order to be prepared by  ( ) Plaintiff  ( )Deft  ( ) Court

**RESULT OF CASE MANAGEMENT CONFERENCE**
Case Continued to 9/17/08 for a Telephone Case Management Conference at 2:30 p.m.
Case Continued to _____ for OSC RE: _____
Case Continued to _____ for _____ Motion Hearing
Brief Sched. Motion papers by _____ Opposition by _____ Reply by _____
General Discovery Cut-off _____ Expert Discovery Cut-off _____
Plft to name Experts by _____ Deft to name Experts by _____
All Dispositive Motions to be heard by ( Motion Cut-off) _____
Case Continued to _____ for Pretrial Conference at 1:00 p.m.
Pretrial Papers Due _____ Motions in limine/objections to evidence due _____ Responses to motions in limine and/or responses to objections to evidence due _____
Case Continued to _____ for Trial(Court/Jury: _____ Days) at 8:30 a.m.
( ) REFERRED TO MAGISTRATE _____ FOR SETTLEMENT CONFERENCE
( ) REFERRED TO MAGISTRATE TO BE ASSIGNED FOR ALL DISCOVERY MATTERS
 Notes: MATTER CONTINUED SO THAT PLAINTIFF'S CAN HAVE ALL PARTIES PROPERLY BEFORE THE COURT

_____ cc: