1  JEFFREY M. VUCINICH, ESQ. BAR#: 67906
   PATRICK R. CO, ESQ. BAR #: 200160
2  CLAPP, MORONEY, BELLAGAMBA and VUCINICH
   A PROFESSIONAL CORPORATION
3  1111 Bayhill Drive, Suite 300
   San Bruno, CA  94066
4  (650) 989-5400  (650) 989-5499 FAX

5  Attorneys for Defendants
   CITY OF EAST PALO ALTO; RONALD L. DAVIS; J. WOHLER;
6  SHANTE WILLIAMS; and ANGEL M. SANCHEZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENRIQUE AYALA-CANJURA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>CITY OF EAST PALO ALTO, a municipality; RONALD L. DAVIS; an individual; J. WHOLER, an individual; SHANTE WILLIAMS; an individual; ANGEL M. SANCHEZ, an individual; and DOES 1 - 10,<br><br>　　　　Defendants. | CASE NO.:  C08-01714 SBA<br><br>**STIPULATION TO CONTINUE EARLY NEUTRAL EVALUATION DEADLINE** |

　　　　Plaintiff ENRIQUE AYALA-CANJURA, and defendants CITY OF EAST PALO ALTO, RONALD L. DAVIS, J. WHOLER, SHANTE WILLIAMS, and ANGEL M. SANCHEZ, by and through their attorneys of record, hereby stipulate to continue the Early Neutral Evaluation deadline set by the Court <u>from September 22, 2008 to October 15, 2008.</u>  The parties enter into this stipulation in order to accommodate counsels schedules and to conduct discovery necessary for a meaningful Early Neutral Evaluation session.  The parties have agreed to<u> hold the Early Neutral Evaluation on October 14, 2008</u>.  The neutral, Edwin J. Wilson, Jr., has agreed to tentatively hold the ENE session on that date, in anticipation of a favorable ruling on the motion to continue the ENE deadline.

///

1    IT IS SO STIPULATED.

2

3    DATED: August 19, 2008            Clapp, Moroney, Bellagamba and Vucinich

4

5                                                  */s/*
                                        By: _____
6                                            Patrick R. Co
                                             Attorneys for Defendants,
7                                            CITY OF EAST PALO ALTO; RONALD L.
                                             DAVIS; JOHN WHOLER; SHANTE
8                                            WILLIAMS; ANGEL M. SANCHEZ

9    DATED: August 19, 2008            Law Offices of Stephen Shaiken

10

11

12                                                 */s/*
                                        By: _____
13                                           Stephen Shaiken
                                             Attorneys for Plaintiff
14                                           ENRIQUE AYALA-CANJURA

15

16

17    I agree to preside over the Early Neutral Evaluation on **October 14, 2008.**

18                                                 */s/*
19   DATED: August 19, 2008            By: _____
                                             Edwin J. Wilson, Jr.
20                                           Court Appointed Neutral