1  JEFFREY M. VUCINICH, ESQ.  BAR#: 67906
   PATRICK R. CO, ESQ.  BAR #: 200160
2  CLAPP, MORONEY, BELLAGAMBA and VUCINICH
   A PROFESSIONAL CORPORATION
3  1111 Bayhill Drive, Suite 300
   San Bruno, CA  94066
4  (650) 989-5400  (650) 989-5499 FAX

5  Attorneys for Defendants
   CITY OF EAST PALO ALTO; RONALD L. DAVIS; J. WOHLER;
6  SHANTE WILLIAMS; and ANGEL M. SANCHEZ

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11 | ENRIQUE AYALA-CANJURA,                    | CASE NO.:  C08-01714 SBA
12 |         Plaintiff,                        | **PROOF OF SERVICE RE: MOTION TO CONTINUE TIME TO COMPLETE EARLY NEUTRAL EVALUATION**
13 | v.                                        |
14 | CITY OF EAST PALO ALTO, a municipality; RONALD L. DAVIS; an individual; J. WHOLER, an individual; SHANTE WILLIAMS; an individual; ANGEL M. SANCHEZ, an individual; and DOES 1 - 10, |
15 |
16 |
17 |
   |         Defendants.                       |
18

---

**PROOF OF SERVICE RE:** MOTION TO CONTINUE EARLY
NEUTRAL EVALUATION DEADLINE; CASE NO. C08-01714 SBA

G:\Data\DOCS\0160\03965\Mot.Cont.ENE.POS

***ENRIQUE AYALA-CANJURA v. CITY OF EAST PALO ALTO, et al.***
Unites States District Court, Northern District of California Case C08-01714 SBA

## PROOF OF SERVICE

I, the undersigned, hereby declare that I am over the age of eighteen years and not a party to the within action.  My business address is 1111 Bayhill Drive, Suite 300, San Bruno, CA 94066.  On the date indicated below, I served the within:

**1.     MOTION TO CONTINUE TIME TO COMPLETE EARLY NEUTRAL EVALUATION**

**2.     DECLARATION OF PATRICK R. CO IN SUPPORT OF MOTION TO CONTINUE TIME TO COMPLETE EARLY NEUTRAL EVALUATION**

**3.     STIPULATION TO CONTINUE EARLY NEUTRAL EVALUATION DEADLINE**

**4.**     (proposed) **ORDER GRANTING MOTION TO CONTINUE ENE DEADLINE FROM SEPTEMBER 22, 2008 TO OCTOBER 15, 2008**

on the parties in this action by transmitting a true copy of the foregoing document(s) in the following manner:

| | |
|---|---|
| Stephen Shaiken, Esq.<br>Law Offices of Stephen Shaiken<br>170 Columbus Avenue, Suite 100<br>San Francisco, CA 94133-5102<br>Tel: (415) 248-1012<br>Fax: (415) 248-0019<br>***Attys for Plaintiff ENRIQUE AYALA-CANJURA*** | Edwin J. Wilson, Jr.<br>Wendel, Rosen, Black & Dean LLP<br>1111 Broadway, 24th Floor<br>Oakland, CA 94607-4036<br>Mailing:<br>P.O. Box 2047<br>Oakland, CA 94604-2047<br>Tel: (510) 834-6600<br>Fax: (510) 834-1928<br>e-mail: ewilson@wendel.com<br>***ENE Evaluator*** |

[X]   (BY UNITED STATED MAIL) I enclosed the documents in a sealed envelope or package addressed to the persons at the address listed above and (specify one).

(1)  ☐ deposited the seal envelope with the United States Postal Service, with the postage fully pre-paid.

(2)  ■ placed the envelope for collection and mailing, following our ordinary business practices.  I am readily familiar with this business's practice for collection and processing correspondence for mailing.  On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

[ ]   (BY PERSONAL SERVICE) I personally delivered the documents to the persons at the addresses as set forth above.  (1) For a party represented by an attorney, delivery was made to the attorney or at the attorney's office by leaving the documents in an envelope or package clearly labeled to identify the attorney being served with a receptionist or an individual in charge of the office.  (2)  for a party, delivery was made to the party or by leaving the documents at the party's residence with some person not less than 18 years of age between the hours of eight in the morning and six in the evening.

☐ (BY FAX TRANSMISSION) Based on an agreement of the parties to accept service by fax transmission, I faxed the documents to the persons at the fax numbers set forth above. No error was reported by the fax machine that I used. A copy of the record of transmission, which I printed out, is attached.

[X] (BY OVERNIGHT DELIVERY) I enclosed the documents in an envelope or package provided by an overnight delivery carrier and addressed to the persons set forth above. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

**COURTESY COPY**
Honorable Saundra B. Armstrong
Courtroom 3, 3rd Floor
United States District Court
Northern District of California
1301 Clay Street
Oakland, CA 94612
Tel: (510) 637-3536

☐ (BY E-MAIL OR ELECTRONIC TRANSMISSION) Based on a Court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the e-mail addressed as noted above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☐ (BY MESSENGER SERVICE) I served the documents by placing then in an envelope or package addressed to the persons at the addresses as noted above and providing them to a professional messenger service for service. *(A declaration by the messenger must accompany this Proof of Service or be contained in the Declaration of Messenger below.)*

   Executed on August 19, 2008 at San Bruno, California. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

/s/
―――――――――――――
*Claudia Gomez*

**PROOF OF SERVICE RE: MOTION TO CONTINUE EARLY NEUTRAL EVALUATION DEADLINE; CASE NO. C08-01714 SBA**   3

G:\Data\DOCS\0160\03965\Mot.Cont.ENE.POS