1  JEFFREY M. VUCINICH, ESQ.  BAR#: 67906
   PATRICK R. CO, ESQ.  BAR #: 200160
2  CLAPP, MORONEY, BELLAGAMBA and VUCINICH
   A PROFESSIONAL CORPORATION
3  1111 Bayhill Drive, Suite 300
   San Bruno, CA  94066
4  (650) 989-5400  (650) 989-5499 FAX

5  Attorneys for Defendants
   CITY OF EAST PALO ALTO; RONALD L. DAVIS; J. WOHLER;
6  SHANTE WILLIAMS; and ANGEL M. SANCHEZ

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

11 | ENRIQUE AYALA-CANJURA,            | CASE NO.:  C08-01714 SBA
12 |       Plaintiff,                  | (proposed) **ORDER GRANTING MOTION TO CONTINUE ENE DEADLINE FROM SEPTEMBER 22, 2008 TO OCTOBER 15, 2008**
13 | v.                                |
14 | CITY OF EAST PALO ALTO, a         |
   | municipality; RONALD L. DAVIS; an |
15 | individual; J. WHOLER, an individual; |
   | SHANTE WILLIAMS; an individual;   |
16 | ANGEL M. SANCHEZ, an individual; and |
   | DOES 1 - 10,                      |
17 |                                   |
   |       Defendants.                 |
18

19

20     The Court having considered the Motion to Continue Time to Complete the Early Neutral

21 Evaluation, and good cause appearing, the Court Orders that:

22 1.    The deadline of September 22, 2008 to complete the early neutral evaluation is vacated.

23 2.    The Early Neutral Evaluation shall be completed by October 15, 2008.

24 **IT IS SO ORDERED.**

25

26 **DATED:** _____

27                              **By:** _____
                                     FEDERAL COURT JUDGE
28

(proposed) ORDER GRANTING MOTION TO CONTINUE ENE
DEADLINE FROM SEPTEMBER 22, 2008 TO OCTOBER 15,
2008; CASE NO. C08-01714 SBA

G:\Data\DOCS\0160\03965\Mot.Cont.ENE.Order